**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **Amanda Kaslin,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CASE NO. 1:26-CV-170-ADA-SH** |
| | § | |
| **U.S. Department of Homeland Security,** | § | |
| **et al.,** | § | |
| *Defendants.* | § | |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Susan Hightower. Dkt. 7. Judge Hightower recommends that this Court **DISMISS** Plaintiff's this matter without prejudice under Rule 41(b). *Id.* at 2. The report was filed on March 26, 2026. This Court hereby adopts Judge Hightower's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections on April 13, 2026. Dkt. 10. The Court has conducted *de novo* review of the Report and Recommendation (Dkt. 7), Plaintiff's objections (Dkt. 10), and the applicable facts and laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendations should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Hightower (Dkt. 7) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Objections (Dkt. 10) are **OVERRULED.**

**IT IS FURTHER ORDERED** that this matter is hereby **DISMISSED** without prejudice under Rule 41(b).

The clerk of the Court is directed to **CLOSE** this case.

**SIGNED** this 15th day of April, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE